**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1246**

BRIDGET M. LONG,

                    Plaintiff – Appellant,

          v.

LIBERTYWOOD NURSING CENTER; WILLIAM SCHUTZ; DEBBIE DRAUGHN,

                    Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:13-cv-00315-WO-LPA)

Submitted:  May 19, 2015                      Decided:  May 21, 2015

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bridget M. Long, Appellant Pro Se. James Rupert Nance, Jr., LEWIS, DEESE, NANCE & BRIGGS, LLP, Fayetteville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bridget M. Long appeals the district court's order denying relief on her complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Long's informal brief does not challenge the basis for the district court's disposition, Long has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED